# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PATRICIA PATE,                                CASE NO.: 6:25-CV-00322-ACC-RMN

     Plaintiff,

v.

BETHUNE-COOKMAN
UNIVERSITY INC.,

     Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07 (c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

### NONE

Dated this 27th day of February, 2025.

***(Remainder of page left intentionally blank)***

Respectfully submitted,

*/s/ Tanner M. Borges*
Noah E. Storch, Esq.
Florida Bar No. 0085476
Tanner M. Borges, Esq.
Florida Bar No. 1035473
RICHARD CELLER LEGAL, P.A.
7951 SW 6th St, Suite 316
Plantation, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-Mail: noah@floridaovertimelawyer.com
E-Mail: tanner@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will provide a copy of same to all counsel of record.

*/s/ Tanner M. Borges*
Tanner M. Borges, Esq.

2